UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
File No.: 2:20-CR-33-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 152) |
| MARK VINCENT DEAN ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 152 (Medical Records) be sealed until further notice by this Court.

This 2 day of May, 2022.

JAMES C. DEVER III
United States District Judge